Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, ROBERT BROWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BROWN,<br><br>      Plaintiff,<br><br>   v.<br><br>LELAND DEDUK,[1]Acting Commissioner of Social Security,<br><br><br>      Defendant | CIVIL NO. 23-cv-6198-RMI<br><br>**STIPULATION AND PROPOSED ORDER** APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TEN THOUSAND

AND SEVENTY-THREE DOLLARS ($10,073). This amount represents compensation for all

legal services rendered on behalf of Plaintiff by Plaintiff's counsel,  Katherine R. Siegfried

(Plaintiff's Attorney), in connection with this civil action, in accordance with 28 U.S.C. §§ 1920,

2412(d).  Plaintiff was the prevailing party in this matter and their net worth is less than two

million dollars. See, ECF Doc. 2. After the Court issues an order for EAJA fees to the Plaintiff,

---

[1] Leland Deduk became the Acting Commissioner of Social Security on February 18, 2025. Pursuant to Rule 25(d) of the F.R.C.P., Leland Deduk should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

the government will consider the matter of the Plaintiff's assignment of EAJA fees to the Plaintiff's Attorney.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should, therefore, be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned their right to EAJA fees to their attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff but delivered to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses. It does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, all claims that Plaintiff and/or Plaintiff's Attorney, including the Law Office of Katherine Siegfried, may have concerning EAJA attorney fees and expenses in connection with this action. This award is without prejudice to the rights of the Law Office of Katherine Siegfried to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the savings provisions of the EAJA.

Date: April 4, 2025                                    KATHERINE SIEGFRIED
                                                       Law Office of Katherine Siegfried, Esq.

                                              By:      _Katherine Siegfried_
                                                       Katherine Siegfried
                                                       Attorney for the Plaintiff

Date: April 4, 2025                                    PATRICK D. ROBBINS
                                                       Acting United States Attorney

                                              By:      /s/ _Frederick Fripps (authorized by email)_
                                                       Frederick Fripps
                                                       Special Assistant United States Attorney
                                                       Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, EQUAL ACCESS TO JUSTICE (EAJA) ATTORNEY FEES ARE ORDERED IN THE AMOUNT OF $10,073, SUBJECT TO OFFSET UNDER THE TREASURY OFFSET PROGRAM, AND SHALL BE PAID IN THE MANNER OUTLINED IN THE PARTIES' STIPULATION.

Dated: April 11, 2025

Hon. Robert M. Illman
UNITED STATES MAGISTRATE JUDGE